GEORGE GRAVENHORST and FREDERICK W. GRAVENHORST, Copartners Trading under the Firm Name of GRAVENHORST & COMPANY, Appellants, v. JOSEPH B. TURNER and Others, Copartners Doing Business under the Firm Name and Style

of Turner Brothers, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.